IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, a non-profit organization; NATIVE ECOSYSTEMS COUNCIL, a non-profit organization; COUNCIL ON WILDLIFE AND FISH, a non-profit organization; and YELLOWSTONE TO UINTAS CONNECTION, a non-profit organization,<br><br>   Plaintiffs,<br><br> vs.<br><br>WILLIAM MULHOLLAND, in his official capacity as Tally Lake District Ranger, Flathead National Forest; and the UNITED STATES FOREST SERVICE, a federal agency,<br><br>   Defendants,<br><br>AMERICAN FOREST RESOURCE COUNCIL, an Oregon non-profit Corporation,<br><br>   Defendant-Intervenors. | CV 25–5–M–KLD<br><br><br>ORDER |

  IT IS ORDERED that the parties' joint case management plan (Doc. 16) is adopted, with modifications as set forth below. The following schedule shall govern the dispositive briefing in this matter:

- Deadline for Plaintiffs' motion for preliminary injunction and supporting brief: **June 6, 2025**

- Deadline for Federal Defendants' response to motion for preliminary injunction: **14 days after motion for preliminary injunction is filed**

- Deadline for Defendant-Intervenor's response to motion for preliminary injunction: **Five days after Federal Defendants' response is filed**

- Deadline for Plaintiffs' reply in support of the motion for preliminary injunction: **Seven days after Defendant-Intervenor's response is filed**

- Federal Defendants will compile and lodge the Forest Service Administrative Record on or before: **May 23, 2025**

- Federal Defendants will lodge the Fish and Wildlife Service Administrative Record on or before: **June 10, 2025**

- Plaintiff shall raise with Federal Defendants, informally and in writing, any and all issues relating to the sufficiency of the agencies' administrative records (parties shall seek to informally and in good faith resolve any issues without the assistance of the Court): **June 30, 2025**

- Deadline for motion to supplement or challenge the administrative record: **July 14, 2024**

- Deadline for Federal Defendants' response to motion to challenge or alter the Administrative Records: **July 28, 2025**

- Deadline for Defendant-Intervenor's response to motion to alter the Administrative Records: **July 31, 2025**

- Deadline for any reply to motion to alter the Administrative Records: **August 7, 2025**

**Note: The filing of a motion to supplement the Administrative Record will not suspend the Summary Judgment briefing schedule set forth below.**

- Deadline for Plaintiffs' motion for summary judgment and brief in support (limited to 10,000 words): **August 8, 2025**

- Deadline for Federal Defendants' combined cross-motion for summary judgment and response to Plaintiffs' motion for summary judgment (limited to 10,000 words): **September 5, 2025**

- Deadline for Defendant-Intervenor's consolidated cross-motion for summary judgment and response to Plaintiffs' motion for summary judgment (limited to 10,000 words): **September 12, 2025**

- Deadline for Plaintiffs' combined response to Federal Defendants' and Defendant-Intervenors' cross-motion for summary judgment and reply in support of their motion for summary judgment (limited to 10,000 words): **October 8, 2025**

- Deadline for Federal Defendants' reply in support of their cross-motion for summary judgment (limited to 6,000 words): **October 29, 2025**

- Deadline for Defendant-Intervenor's reply in support of their cross-motion for summary judgment (limited to 6,000 words): **November 5, 2025**

IT IS FURTHER ORDERED that the parties' request to be relieved from the requirement to file statements of fact is denied.

IT IS FURTHER ORDERED that, per the parties' request, Federal Defendants and Defendant-Intervenors are relieved of the requirement to file a responsive pleading to Plaintiffs' first amended complaint. The lack of response to any of the allegations in the first amended complaint shall not be deemed an admission and Federal Defendants and Defendant Intervenor shall retain the right to raise all applicable affirmative defenses to claims raised in the first amended complaint.

IT IS FURTHER ORDERED that the required flash drives containing hyperlinked copies of the parties' summary judgement briefs may be postmarked to the Court within two business days after the relevant brief is due.

DATED this 14th day of May, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge