IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, a non-profit organization; NATIVE ECOSYSTEMS COUNCIL, a non-profit organization; COUNCIL ON WILDLIFE AND FISH, a non-profit organization; and YELLOWSTONE TO UINTAS CONNECTION, a non-profit organization,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>WILLIAM MULHOLLAND, in his official capacity as Tally Lake District Ranger, Flathead National Forest; and the UNITED STATES FOREST SERVICE, a federal agency,<br><br>　　　　　Defendants,<br><br>AMERICAN FOREST RESOURCE COUNCIL, an Oregon non-profit Corporation, and MONTANA DEPARTMENT OF NATURAL RESOURCES AND CONSERVATION,<br><br>　　　　Defendant-Intervenors. | CV 25–5–M–KLD<br><br><br>ORDER |

　　　Defendant-Intervenor Montana Department of Natural Resources and

Conservation (DNRC) moves for the admission of Julie A. Weis to practice before

this Court in this case with Marc C. Phares and Emily Y. Obermiller to act as local counsel. Ms. Weis's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Defendant-Intervenor's motion to admit Julie Weis pro hac vice is GRANTED on the condition that Ms. Weis shall do her own work. This means that Ms. Weis must do her own writing, sign her own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Weis, within fifteen (15) days of the date of this Order, files a pleading acknowledging her admission under the terms set forth above.

DATED this 6th day of August, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge